1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STEPHANIE RICE, ESQ.
State Bar No. 11627
MIDTOWN LAW
115 Casazza Drive
Reno, NV 89502
Phone: (775) 786-5800
Stephanie@MLReno.com
Attorney for Plaintiff
HEIDI HOWE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI HOWE,<br><br>       Plaintiff,<br><br>   vs.<br><br>WASHOE COUNTY SHERIFF's OFFICE through WASHOE COUNTY; CHUCK ALLEN, individually and in his capacity as WASHOE COUNTY SHERIFF; and, DOES 1-10,<br><br>       Defendants. | Case No. 3:18-CV-00471-HDM-WGC<br><br><br> ORDER GRANTING<br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF NO. 24)**<br><br>(FIRST REQUEST) |

Plaintiff HEIDI HOWE, by and through her attorney of record, Stephanie Rice, Esq. of Midtown Law, and Defendants WASHOE COUNTY SHERIFF'S OFFICE through WASHOE COUNTY and CHUCK ALLEN, by and through their attorneys of record, Christopher J. Hicks, Esq. and Michael W. Large, Esq., hereby agree and stipulate to extend the due date for Plaintiff HEIDI HOWE, to file a response to Defendants' Motion to Dismiss (ECF NO. 24), from July 13, 2020 to July 23, 2020.

This extension deadline is requested to allow for said Defendants to appropriately gather relevant information regarding the allegations made in the Verified Second Amended

1  Complaint and respond accordingly and is not brought for any improper purpose or undue

2  delay.

3          DATED this 7th day of July, 2020.

4

5  MIDTIWN LAW                           WASHOE COUNTY DISTRICT ATTORNEY

6

7  _/s/ Stephanie Rice, Esq_____        _/s/ Michael W. Large_____
   Stephanie Rice, Esq.                    Michael W. Large, Esq.
8  Nevada Bar No. 11627                    Nevada Bar No. 10119
9  115 Casazza Drive                       One South Sierra Street
   Reno, Nevada 89502                      Reno, Nevada 89501
10 Attorney for Plaintiff                  Attorney for Defendants

11

12                        **ORDER**

13     IT IS SO ORDERED this _8th_ day of _July_____, 2020.

14

15                        Howard D McKibben
                          _____
16                        U.S. DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                          2