UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI HOWE, | Case No. 3:18-cv-00471-HDM-WGC |
| Plaintiff, | ORDER |
| v. | |
| WASHOE COUNTY SHERIFF'S OFFICE; CHUCK ALLEN, | |
| Defendants. | |

The defendants have moved to strike the plaintiff's opposition to their motion to dismiss because it exceeds the page limits of Local Rule 7-3(b). (ECF No. 28). The plaintiff responds by acknowledging the opposition exceeds page limits, attaching an amended opposition within the page limits, and offering to pay the defendants $250.00 for the time spent preparing the motion to strike. (ECF No. 30). The defendants have not replied, and the time for doing so has expired.

As the plaintiff's original opposition exceeds the 24-page limit of L.R. 7-3(b), the defendants' motion to strike (ECF No. 28) is GRANTED, and the opposition filed July 23, 2020, (ECF No. 27) is hereby STRICKEN. The plaintiff shall file on the docket her amended opposition, attached to her response to the motion to strike, no later than August 14, 2020. Should the defendants wish

1

1   to amend their reply, filed on July 31, 2020, they may do so no

2   later than August 21, 2020.

3        IT IS SO ORDERED.

4        DATED: This 11th day of August, 2020.

6

_____
UNITED STATES DISTRICT JUDGE