UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI HOWE,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHOE COUNTY SHERIFF's OFFICE through WASHOE COUNTY; CHUCK ALLEN, individually and in his capacity as WASHOE COUNTY SHERIFF; and, DOES 1-10,<br><br>    Defendants. | Case No.   3:18-cv-00471<br><br><br><br>**ORDER TO SEAL TRANSCRIPT OF PROCEEDINGS – SETTLEMENT CONFERENCE [ECF NO. 50]** |

Pursuant to the Stipulation to Seal Transcript of Proceedings – Settlement Conference [ECF No. 50] of Plaintiff, HEIDI HOWE ("HOWE"), by and through Counsel, Stephanie Rice, Esq., Richard Salvatore, Esq. and Midtown Law and Defendants WASHOE COUNTY SHERIFF'S OFFICE ("WCSO") and CHUCK ALLEN ("ALLEN"), by and through Counsel, Michael W. Large, Esq., Lindsay Liddell, Esq. and Washoe County the Court hereby orders the Clerk's Office to immediately remove from public filing the Transcript of Proceedings – Settlement Conference [ECF No. 50] and instead file it under seal.

**IT IS SO ORDERED.**

DATED this 6th day of July, 2021.

_Howard D. McKibben_
DISTRICT COURT JUDGE