# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HEIDI HOWE,<br><br>  Plaintiff,<br><br>  vs.<br><br>WASHOE COUNTY SHERIFF'S OFFICE through WASHOE COUNTY; CHUCK ALLEN, individually and in his capacity as WASHOE COUNTY SHERIFF; and, DOES 1-10,<br><br>  Defendants. | Case No. 3:18-CV-00471-HDM-WGC<br><br>**ORDER EXTENDING TIME** |

Pursuant to the Stipulation to Extend Time (ECF No. 53), of Plaintiff Heidi Howe and Defendants, the Court hereby extends the time for filing a stipulation to dismiss this action from July 15, 2021, to August 16, 2021.

IT IS SO ORDERED.

DATED this 13th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE