1   CHRISTOPHER J. HICKS
    Washoe County District Attorney
2   MICHAEL W. LARGE
    Deputy District Attorney
3   Nevada State Bar Number 10119
    LINDSAY L. LIDDELL
4   Washoe County Deputy District Attorney
    Nevada State Bar Number 14079
5   One South Sierra Street
    Reno, Nevada  89501
6   mlarge@da.washoecounty.us
    lliddell@da.washoecounty.us
7   (775) 337-5700

8   ATTORNEYS FOR DEFENDANTS

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                        * * *

12  HEIDI HOWE,

13          Plaintiff,                    Case No.  3:18-CV-00471-HDM-WGC

14      vs.
                                          **STIPULATION FOR DISMISSAL**
15  WASHOE COUNTY SHERIFF'S
    OFFICE through WASHOE COUNTY;
16  CHUCK ALLEN, individually and in his
    capacity as WASHOE COUNTY
17  SHERIFF; and, DOES 1-10,

18          Defendants.

19

20          Plaintiff Heidi Howe hereby stipulates to dismiss with prejudice all claims brought

21  against Defendants including any and all claims that could have arisen from the events set

22  forth in Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2) and the

23  Settlement Agreement and Release of Claims executed in the course of this litigation. Each

24  party shall bear their own attorney's fees and costs incurred herein.

25  ///

26  ///

                                        -1-

1   IT IS SO STIPULATED.

2   CHRISTOPHER J. HICKS
    District Attorney

3

4   By _____ 8/11/21      By /s/_____ 9/11/2021

5   LINDSAY L. LIDDELL    Dated      STEPHANIE RICE      Dated
    Deputy District Attorney            MIDTOWN LAW
    One South Sierra Street             115 Casazza Drive

6   Reno, Nevada 89501               Reno, Nevada 89502
    lliddell@da.washoecounty.us       Stephanie@MLReno.com

7   (775) 337-5700                    (775) 786-5800

8   ATTORNEYS FOR WASHOE COUNTY      ATTORNEY FOR HEIDI HOWE

9

10

11     Pursuant to the stipulation of the parties, this action is DISMISSED WITH PREJUDICE,
    with each party to bear its own attorney's fees and costs.

12

13     IT IS SO ORDERED.

14

15     Dated this 12th day of August, 2021.

16

17

18                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

-2-